SEALED

FILED

APR 03 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNSEALED PER ORDER OF COURT

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br><br> Plaintiff, ) <br><br> v. ) <br> ) <br> ) <br> ) <br> ) <br> ) <br><br> JASON JOHN CLIPPER, ) <br>   aka John Jason Clipper ) <br>   aka Smokey ) <br> ) <br> Defendant. ) | Magistrate Case No. <br><br> COMPLAINT FOR VIOLATION <br><br> Title 21 U.S.C. § 841(a)(1) - <br> Possession of Methamphetamine with <br> Intent to Distribute <br> (Felony); Title 18 U.S.C. § 922(g)(1) - <br> Felon in Possession of a Firearm <br> (Felony) <br><br> **18MJ1539** |

The undersigned Complainant, being duly sworn, states:

### Count One

On or about March 17, 2018, within the Southern District of California, the defendant Jason John CLIPPER, did knowingly possess with the intent to distribute, 5 grams and more, to wit: approximately 20.5 grams, of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

### Count Two

On or about March 17, 2018, within the Southern District of California, defendant Jason John CLIPPER, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Rosco Arms .22 caliber short barrel, bearing serial number 241583; in violation of Title 18, United States Code, Section 922(g)(1).

1

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Ricardo Jimenez
Special Agent, ATF

Sworn to me and subscribed in my presence this ___5___ day of April, 2018.

HONORABLE WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

On March 17, 2018, at approximately 10:24 am, nine San Diego County Probation Officers ("Officers") went to 5882 Schuyler Street, San Diego, CA 92139, with the purpose of conducting a Fourth Amendment waiver search on probationer Mark Stoekl (not the defendant named above).  Upon arriving at the residence, the Officers approached the front door and made their presence known by announcing that they were there and wanted to conduct a search ("Probation, Fourth Waiver search").  No one answered the door.  In response, the Officers forced entry.

Once inside the residence, the Officers made contact with an individual later identified as Jason John CLIPPER.  CLIPPER was asleep in a chair in the living room.  It was quickly determined that CLIPPER was on active Post Release Community Supervision ("PRCS" or "parole") for multiple counts of transporting a controlled substance, narcotics sales, and for a firearm conviction.  As such, CLIPPER was also subject to a Fourth Amendment waiver.

2

CLIPPER was ordered to the ground.  During a search of CLIPPER's person, Officers located two baggies of suspected narcotics (one with crystalline shards, the other had an off-white powder chunk substance).  The baggies, CLIPPER's wallet, and a black LG cell phone were placed on the floor.  CLIPPER was handcuffed and placed back in the chair where he had been sleeping.  The scene was 'frozen' until a San Diego County Sheriff's Deputy could respond.

During a search of the residence, Officers found Stoekl and another individual of interest, Linda Daniel, and placed them both under arrest related to their own Fourth waiver conditions.

Deputy Bobbitt responded to the Schuyler Street residence.  After a more thorough search of the home was conducted, Deputy Bobbitt and Probation Officer Schmidt re-approached CLIPPER and the evidence that had been located on his person.  As Schmidt approached, he kicked a black beanie that was on the floor where CLIPPER had originally been laying.  The beanie moved and the grip of a revolver tucked inside the beanie became visible.  The revolver was seized, inspected, and rendered safe.  It was identified as a Rosco Arms .22 caliber short barrel (SN 241583).  It was loaded with five rounds of ammunition.

Officers remembered that a picture been taken when CLIPPER had been handcuffed in the prone position on the floor.  A review of the picture showed that the beanie had been tucked under CLIPPER on his right side around the upper thigh.

CLIPPER's wallet was searched.  It contained $545, numerous cards in his name, and a California Identification card.  The baggies were seized and processed.  The baggie containing the crystalline shards was determined to be 20.5 grams of suspected methamphetamine.  The other bag was determined to be 8.93 grams of a substance presumed to be fentanyl.

CLIPPER was placed in the backseat of a caged Crown Victoria police vehicle. At some point, Deputy Bobbitt noticed that CLIPPER was sweating profusely and became concerned that CLIPPER might need medical attention. She asked CLIPPER if he was starting to get sick (having withdrawals from controlled substances). CLIPPER stated "Oh no way I don't mess with any of that stuff, I'm clean and I have been testing clean." He then explained the sweating was from being confined in a small area and his large stature.

On March 19, 2018, CLIPPER's phone was downloaded. In the phone, law enforcement found several text message exchanges indicative of narcotics sales. Listed below are a few examples:

Allen Oatman: "Hey boy you got any black." (black = heroin)

CLIPPER: "Just China" (China = fentanyl)


S.B. Cepeda: "Ok thanks"

CLIPPER: "No im addingextra 50"

S.B. Cepeda: "So what 900???"

CLIPPER: "850"

S.B. Cepeda: "Ok fine I got u im give u a gram of coke to so u can try it out and let me no what u think."


In the text messages, CLIPPER also refers to himself as "smokey from east side san diego." Eastside San Diego is a known criminal street gang.

A records check on CLIPPER confirmed that he is a documented East Side San Diego/East San Diego ("ESD") gang member. His ESD membership has been confirmed through self-admissions, numerous tattoos (including "ESD" in large

4

letters across the front of his neck). He also has tattoos indicating his loyalty as a Sureno gang member to the Mexican Mafia prison gang. Additional checks revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 1996 | CASC | PC 245(a)(1) – Assault with Deadly Weapon Not Firearm | 3 years prison |
| 6/22/99 | CASC | VC 10851 – Vehicle Theft | 16 months prison |
| 10/11/00 | CASC | HS 11379 – Transportation of a Controlled Subtance | 3 years prison |
| 10/29/08 | CASC | 11379 – Possession Controlled Subst. for Sale 11377 (x2) – Possession of a Controlled Substance 11370.1 – Possession of Controlled Subst. w/ Armed | 12 years prison |

A preliminary review of the Rosco Arms .22 caliber short barrel (SN 241583) by a Special Agent from the Bureau of Alcohol Tobacco Firearms and Explosives (ATF) indicated that it was not manufactured in the State of California.

## Request for Sealing

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.